UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No:   3:01 CR 168 (MU)
           3:02 CR 168 (MU)

UNITED STATES OF AMERICA )
)
Vs. ) ORDER
)
)
DAVID CHARLES SMITH )

For good cause shown the motion by the defendant is granted and Mr. Yurko may be compensated for his work in preserving $39,601.91 in restitution in the reasonable amount of $5,000.00 from funds he is holding in trust.

IT IS SO ORDERED.   3 Aug 06

HONORABLE GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE