IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.3:01CR168-MU |
|---|---|---|
| v. | ) | ORDER TO DESTROY EVIDENCE |
| DAVID CHARLES SMITH, Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to destroy evidence in the above-referenced matter.

**FOR GOOD CAUSE SHOWN**, this motion is hereby **GRANTED**. The Court finds that

the property items:

    Item# 1 -  Assorted paper documents from Mr. Smith's residence, 17732 John Connor Rd., Cornelius, NC, Seized 5/31/2001.
    Item# 2 -  Empty video shipping box from Mr. Smith's residence, 17732 John Connor Rd., Cornelius, NC, Seized 5/31/2001.
    Item# 3 -  Assorted paper documents from Mr. Smith's office located at Southern Imports, 6706 E. Independence Blvd., Seized 6/1/2001.
    Item# 7 -  34 Viles of human growth steroids, from Mr. Smith's vehicle Seized 6/1/2001.
    Item# 8 -  One Blue VHS empty video box, containing fingerprints, from Mr. Smith's residence, Seized 6/14/2001.
    Item# 9 -  Developed finger prints for comparison to item # 8, of Dennis Plaskin Seized, 9/13/2001,

now in the possession of the North Carolina State Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence or placed into the North Carolina State Bureau of Investigation's reference collection.

The Clerk is directed to certify copies of this order to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation

Office.

Signed: September 8, 2006

Graham C. Mullen
United States District Judge