IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01CR168

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **DAVID CHARLES SMITH** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion.

Within 30 days of this **order**, the defendant shall submit a full sworn financial statement on the standard form provided by the U.S. Attorney's Office with supporting documents as to the defendant's assets, including assets shared with his spouse and regardless of how titled.

**IT IS SO ORDERED.**

Signed: November 28, 2007

_Graham C. Mullen_
Graham C. Mullen
United States District Judge